IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROBERT ALEXANDER**,

    Plaintiff,

v.

**COLLETTE PETERS**, et al,.

    Defendants.
_____

Case No. 2:15-cv-02179-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 217), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 217) is adopted in full. The case is dismissed and Defendants' Motion for Summary Judgment (ECF No. 135) is GRANTED.

IT IS SO ORDERED.

    DATED this 19th day of June, 2019.

                                           /s/ Michael J. McShane
                                              Michael McShane
                                          United States District Judge